# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

**FILED**

November 29, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 10-50983    USA v. Ruby Williams
      USDC No. 6:03-CR-262-1

DEC 0 3 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

The above appeal was dismissed improvidently, and we have now reinstated same.

We are currently awaiting District Court's ruling on the motion to proceed in forma pauperis.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By:_____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686

Mr. Joseph H. Gay Jr.
Mr. William Putnicki
Ms. Ruby Bohannon Williams